IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | |
|---|---|
| IN RE: | * |
| SARAH L. THUMMA, | *   CASE NO: 10-21470 PM |
| | (CHAPTER 7) |
| DEBTOR. | * |

* * * * * * * * * * * * *

| | |
|---|---|
| CINCINNATI INSURANCE COMPANIES, *t/u/o* & *t/o/u* HARVEY W. HOTTEL, INC. *et al.*, | * |
| | * |
| PLAINTIFFS, | |
| | * |
| V. | ADV. NO. 10-0630 |
| | * |
| SARAH L. THUMMA, | |
| | * |
| DEFENDANT. | |

* * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

I hereby certify, that on the 26th day of August, 2010, a copy of the summons, complaint and all exhibits and attachments thereto, were served *via* first class mail, postage pre-paid, upon each of the following:

| | |
|---|---|
| Sarah L. Thumma | Scott C. Borison, Esq. |
| 6504 Rimrock Lane | 5500 Buckeystown Pike |
| New Market, Maryland 21774 | Frederick, Maryland 21703 |

pursuant to Fed. R. Bankr. P. 7004(b)(9) & (g).

I further certify that I am over the age of eighteen and not a party to this action.

    /s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
Megan M. Armstrong, Fed. Bar No. 17911
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
((410) 752-8700
(410) 752-6868 (fax)
Email: acole@FandPnet.com
Email:  marmstrong@FandPnet.com

*Attorneys for Plaintiffs*