IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Christopher Wilson Thumma | * | Case No.   10-21470 PM |
| Sarah Louise Thumma | * | Chapter   7 |
| | * | |
| Debtor(s) | * | |
| ************************************ | * | |
| Cincinnati Insurance Companies | * | |
| Harvey W. Hottel, Inc. | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary   No. 10-00630 PM |
| Sarah Louise Thumma | * | |
| | * | |
| | * | |
| Defendant(s) | * | |

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:
Sarah Louise Thumma

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

DATE: 9/29/10

CLERK
UNITED STATES BANKRUPTCY COURT

By:_____
Deputy Clerk - /s/ Tammy Meany

cc: Plaintiff - Cincinnatti Insurance Companies, Harvey W. Hottel, Inc.
    Defendant - Sarah Louise Thumma

Clerk-31 --8/21/06