## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Christopher Wilson Thumma | * | Case No. | 10-21470 PM |
| Sarah Louise Thumma | * | Chapter | 7 |
| | * | | |
| Debtor(s) | * | | |
| ************************************** | * | | |
| Cincinnati Insurance Companies | * | | |
| Harvey W. Hottel, Inc. | * | | |
| | * | | |
| Plaintiff(s) | * | | |
| vs. | * | Adversary | No. 10-00630 PM |
| Sarah Louise Thumma | * | | |
| | * | | |
| | * | | |
| Defendant(s) | * | | |

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> Sarah Louise Thumma

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

DATE: 9/29/10

CLERK
UNITED STATES BANKRUPTCY COURT

By:_____
Deputy Clerk - /s/ Tammy Meany

cc: Plaintiff - Cincinnatti Insurance Companies, Harvey W. Hottel, Inc.
   Defendant - Sarah Louise Thumma

Clerk-31 --8/21/06

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: tmeany             Page 1 of 2            Date Rcvd: Sep 29, 2010
Case: 10-00630                Form ID: pdfparty        Total Noticed: 4

The following entities were noticed by first class mail on Oct 01, 2010.
pla          +Cincinnati Insurance Companies,   P.O. Box 145496,   Cincinnati, OH 45250-5496
pla          +Harvey W. Hottel, Inc.,   18900 Woodfield Rd.,   Gaithersburg, MD 20879-6703
dft          +Sarah Louise Thumma,   6504 Rimrock Lane,   New Market, MD 21774-6623
             +U.S. Trustee - Greenbelt,   6305 Ivy Lane, Suite 600,   Greenbelt, MD 20770-6305

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**          Signature:     _Joseph Speetjens_

```
District/off: 0416-0          User: tmeany            Page 2 of 2              Date Rcvd: Sep 29, 2010
Case: 10-00630                Form ID: pdfparty       Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2010 at the address(es) listed below:
aty           Andrew L. Cole    on behalf of  Cincinnati Insurance Companies  acole@fandpnet.com,
              etracey@fandpnet.com
                                                                                          TOTAL: 1
```