IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| SARAH L. THUMMA, | * | CASE NO: 10-21470 PM |
| DEBTOR. | * | (CHAPTER 7) |
| CINCINNATI INSURANCE COMPANIES, et al., | * | |
| PLAINTIFFS, | * | |
| V. | * | ADV. NO. 10-0630 |
| SARAH L. THUMMA, | * | |
| DEFENDANT. | * | |

**AMENDED CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 18th day of April, 2011, copies of this *Amended Certificate of Service* and *Plaintiff's Motion for Summary Judgment* [Dkt. No. 10] together with all exhibits and attachments, were served *via* first class mail, postage pre-paid, upon each of the following:

Sarah L. Thumma
6504 Rimrock Lane
New Market, Maryland 21774

Scott C. Borison, Esq.
5500 Buckeystown Pike
Frederick, Maryland 21703

 /s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
Megan M. Armstrong, Fed. Bar No. 17911
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
(410) 752-8700
(410) 752-6868 (fax)
Email:  acole@FandPnet.com
Email:  marmstrong@FandPnet.com

*Attorneys for Plaintiffs*