

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| SARAH L. THUMMA, | * | CASE NO: 10-21470 PM |
| | | (CHAPTER 7) |
| DEBTOR. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANIES, *t/u/o* & *t/o/u* HARVEY W. HOTTEL, INC. *et al.*, | * | |
| | * | |
| PLAINTIFFS, | | |
| | * | |
| V. | | ADV. NO. 10-00630 |
| | * | |
| SARAH L. THUMMA, | | |
| | * | |
| DEFENDANT. | | |

* * * * * * * * * * * * *

### ORDER ENTERING JUDGMENT BY DEFAULT

Having read and considered the *Plaintiff's Motion for Default Judgment* (the "Motion") filed by Cincinnati Insurance Companies *t/u/o* and *t/o/u* Harvey W. Hottel, Inc. ("Cincinnati"), and Harvey W. Hottel, Inc. ("Hottel"), and any response thereto, the relief requested therein appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Motion is Granted; and it is further

2

**ORDERED**, that the Clerk is directed to enter judgment by default in favor of Cincinnati Insurance Companies and against Sarah L. Thumma, in the amount of Fifty Thousand Dollars ($50,000.00), together with post-judgment interest at the legal rate and costs of this action; and it is further

**ORDERED**, that the Clerk is directed to enter judgment by default in favor of Harvey W. Hottel, Inc. and against Sarah L. Thumma in the amount of Sixty-one Thousand Five Hundred Seven Dollars and Fifty-two Cents ($61,507.52), together with post-judgment interest at the legal rate and costs of this action; and it is further

**ORDERED**, that the judgments entered pursuant to this Order in favor of Cincinnati Insurance Companies and Harvey W. Hottel, Inc. and against Debtor Sarah L. Thumma are non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (4).


cc:

Andrew L. Cole, Esq.
Megan Armstrong, Esq.
Franklin & Prokopik
The B&O Building
Two N. Charles St., Ste. 600
Baltimore, MD 21201

*Attorneys for Plaintiffs*

Sarah Louise Thumma
6504 Rimrock Lane
New Market, MD 21774

Scott C. Borison, Esq.
5500 Buckeystown Pike
Frederick, MD 21703

*Attorney for Debtor*

**End of Order**

2